STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. WARREN D. KLINE, DEFENDANT-RESPONDENT.

*Mr. Arthur S. Meredith* and *Mr. Raymond R. Trombadore* for the petitioner.

*Mr. David I. Stepacoff* for the respondent.

January 15, 1964. Granted.

HESS OIL & CHEMICAL CORPORATION, PETITIONER, v. DOREMUS SPORT CLUB, *ET AL.*, RESPONDENTS.

See same case below: 80 *N. J. Super.* 393.

*Messrs. Wilentz, Goldman & Spitzer* for the petitioner.

*Mr. Arthur J. Sills* and *Mr. Avrom J. Gold* for the respondents.

January 15, 1964. Denied.